NOVEMBER 23, 1956.

No. 239. DE FLORIO *v.* MICHIGAN. On petition for writ of certiorari to the Recorder's Court of the City of Detroit, Michigan. Dismissed on motion of petitioner pursuant to Rule 60 of the Rules of this Court. *Fred A. Smith* for petitioner.

DECEMBER 3, 1956.

No. 400. BOBBINS *v.* NEW JERSEY. *Per Curiam:* The motion to dispense with printing the statement as to jurisdiction is granted. The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. MR. JUSTICE BRENNAN took no part in the consideration or decision of this case. *Filindo B. Masino* for appellant.

No. 250, Misc. KELLEY *v.* VIRGINIA ET AL. *Per Curiam:* The appeal is dismissed for want of a substantial federal question.

No. 469. KIDD ET AL. *v.* McCANLESS, ATTORNEY GENERAL. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed. *Colegrove* v. *Green,* 328 U. S. 549; *Anderson* v. *Jordan,* 343 U. S. 912.

*Hobart Atkins* for appellants. *Jack Wilson* and *James M. Glasgow,* Assistant Attorneys General of Tennessee, for appellee.